IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-223-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**2. ANDREW JOHN ALDRIDGE,**

        Defendant.

**MINUTE ORDER RE-SETTING CHANGE OF PLEA HEARING**

Judge John L. Kane **ORDERS**

The Change of Plea Hearing set for August 1, 2012 is **VACATED AND RESET** for **August 16, 2012 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than August 13, 2012.

Dated: July 25, 2012