IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-CR-00223-JLK

UNITED STATES OF AMERICA,

Plaintiff,
v.

1. ROBERT JAMES BLANKENSHIP,

Defendant.
_____

UNOPPOSED MOTION FOR COMPETENCY EVALUATION
AND HEARING TO DETERMINE MENTAL COMPETENCY TO PROCEED
_____

Comes now the defendant, Robert Blankenship, by and through his CJA attorney, Lisabeth Castle and moves this Court for an order authorizing a psychiatric or psychological examination of the defendant by a certified psychiatrist or psychologist for the purpose of determining whether he suffers from a mental disease or defect, and to thereafter set a hearing to determine his competency to proceed, pursuant to 18 U.S.C. § 4241(a),(b) and (c), and 18 U.S.C. §4247(b) and (c). In support thereof, counsel for Mr. Blankenship submits the following grounds:

1. Mr. Blankenship is charged with three counts of Sale of Controlled Substance, Methamphetamine pursuant to 21 U.S.C. § 846, 841. These counts stem from allegations of drug transactions between Mr. Blankenship and undercover officers in June of 2011.

2. Subsequent to Mr. Blankenship's alleged transactions with the undercover officers he was arrested for drug transactions alleged to have been committed in

Arapahoe County Colorado. He is presently charged in Arapahoe County Colorado in case number 2011CR1297. Mr. Blankenship was also charged in Larimer County with Escape, 2011CR1820.

    3. Subsequent to his arrests in Colorado his state attorneys raised concerns of Mr. Blankenship's competency. A state competency evaluation was ordered.

    4. Upon completion of a competency evaluation by the Colorado Department of Human Services a determination of incompetency was made in the State Courts.

    5. Upon this finding Mr. Blankenship was ordered in State Court to be transferred to the Colorado state hospital in Pueblo to be restored to competency. Prior to his transfer to the state hospital Mr. Blankenship was taken into United States custody for the pending charges.

    6. Based upon the Colorado finding counsel for Mr. Blankenship moves this court for an order directing Mr. Blankenship to be evaluated to determine his competency.

    7. Pursuant to 18 U.S.C. § 4247(b), and for the purposes of conducting this examination, counsel requests that the defendant be committed to the custody of the United States Attorney General for a reasonable period not to exceed 30 days, unless an extension is appropriately sought pursuant to the provisions of the same statute.

    8. Pursuant to 18 U.S.C. § 4247(c), counsel further requests the Court to direct the preparation of a written report and that, once completed, copies of the report be delivered directly to undersigned counsel, AUSA Skalla, and this Court.

    9. Counsel further request permission to jointly contact and schedule a

competency hearing as soon as the Court determines is practicable.

10. Counsel moves to toll speedy trial until such time as a determination of competency is made pursuant to 18 U.S.C. §3161(h)(1).

Dated: July 26, 2012

_____
Lisabeth Perez Castle
Castle & Castle, P.C.
Counsel for Mr. Blankenship
1544Race Street
Denver, CO 80206

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July 2012, I served a true and correct copy of the foregoing MOTION FOR COMPETENCY EVALUATION through ECF Filing mail and or U.S. mail to:

Barbara Skalla
Office of the United States Attorney
1225 17thth St. Ste 700
Denver, CO 80202