IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-223-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**3. MICHAEL DEAN SPAULDING,**

        Defendant.

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

Judge John L. Kane **ORDERS**

This matter is before the court on Defendant's Notice of Disposition (doc. #50), filed July 27, 2012. It is

**ORDERED** that a **Change of Plea Hearing** is set for **August 16, 2012 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on August 13, 2012. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing. It is

**FURTHER ORDERED** that the jury trial set for August 23, 2012 is **VACATED.** The Motions Hearing/Final Trial Preparation Conference set for August 9, 2012 is likewise **VACATED**.

Dated: July 31, 2012