IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-223-JLK-1**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**1. ROBERT BLANKENSHIP,**

      Defendant.

## ORDER FOR PSYCHIATRIC EVALUATION

Kane, J.

Consistent with my ruling at the Status Conference held on August 27, 2012, granting Defendant's Motion for Competency Evaluation (doc. #49), it is

ORDERED THAT Dr. Richard Martinez, M.D., Director, Psychiatric Forensic Services, Denver Health Medical Center, Behavioral Health Services, 1155 Cherokee Street, Unit 18 Mail Code 3440, Denver, CO 80204, 303-436-3394, is hereby appointed to perform such examination and submit an opinion on the extent to which, if any, Defendant's mental disease or defect affects the way he perceives and recalls aspects of his case, both factually as it relates to what occurred and cognitively as it relates to the way he understands and processes information related to plea and trial decisions. This report and evaluation shall be a full competency examination pursuant to 18 U.S.C. §§ 4241 and 4247(b).

Dr. Martinez shall coordinate with counsel directly to arrange the time and

place of his examination of the defendant.  Dr. Martinez shall submit his request for payment through counsel directly to counsel for the government.  It is

FURTHER ORDERED pursuant to 18 U.S.C. § 4247 (c) that a written report be filed upon completion of the examination and that copies shall be delivered directly to counsel for the government and counsel for the defendant.  It is

FURTHER ORDERED pursuant to 18 U.S.C. § 3161 (h) (1) that the time calculations according to the Speedy Trial Act are tolled until the determination on the issue of competency is entered of record.

Dated this 28th  day of August, 2012.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court